PEOPLE, Respondent, v. DUNN et al., Appellants. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Proceedings by the people against Mary Dunn and Mary Sampson. C. E. Le Barbier, for respondent. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. ELLIOT, Appellant. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Proceedings by the people against Frank P. Elliot. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. FOSTER, Appellant. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Proceedings by the people against James W. Foster. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. JANIFF, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Proceedings by the people against Fannie Janiff. S. J. O'Hare, for appellant. C. E. Le Barbier, for respondent. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. LINDBAUM et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Proceedings by the people, on the complaint of Bernard Leet, against Philip Lindbaum and S. Berkowitz. No opinion. Judgment of the special sessions affirmed, on argument.

PEOPLE, Respondent, v. PERRIAM et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Proceedings by the people against James Perriam, Edward Yoran, and William Yoran. No opinion. Judgment of conviction reversed, and a new trial ordered.

PEOPLE, Respondent, v. WASHINGTON, Appellant. (Supreme Court, Appellate Division, Second Department. October 17, 1899.) Proceedings by the people against Rose Washington. No opinion. Judgment of the special sessions affirmed.

PEOPLE ex rel. BOWERY SAV. BANK v. FEITNER et al. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Proceedings by the people, on the relation of the Bowery Savings Bank, against Thomas L. Feitner and others. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. BRIGGS v. SCRIPTURE. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Proceedings by the people, on the relation of Lou Lord Briggs, against William E. Scripture, justice of the supreme court, etc. No opinion. Ex parte application for a writ of prohibition denied.

PEOPLE ex rel. BURR, Respondent, v. BOARD OF SUP'RS OF BROOME COUNTY, Appellants. (Supreme Court. Appellate Division, Third Department. September 19, 1899.) Proceedings by the people, on the relation of Daniel S. Burr, against the board of supervisors of Broome county. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BUSH, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Proceedings by the people, on the relation of Jeremiah Bush, against James J. Martin and others. L. J. Grant, for appellant. T. Farley, for respondents. No opinion. Writ dismissed, with costs.

PEOPLE ex rel. CORN, Appellant, v. BOARD OF TAXES AND ASSESSMENTS, Respondent. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Proceedings by the people, on the relation of Henry Corn, against the board of taxes and assessments. G. Hahn, for appellant. J. M. Ward, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. JONES v. BOARD OF SUP'RS OF SARATOGA COUNTY. (Supreme Court, Appellate Division, Third Department. November 15, 1899.) Proceedings by the people, on relation of Ida G. C. Jones, against the board of supervisors of the county of Saratoga, to review by certiorari the action of defendants in auditing certain bills of the relator. Determination of the board of supervisors confirmed. Horace E. McKnight (J. W. Houghton, of counsel), for relator. John H. Burke and James W. Verbeck, for defendants.

HERRICK, J. This is a companion case to that of People v. Board of Sup'rs of Saratoga County (Sup.) 60 N. Y. Supp. 1122, and presents similar questions to those considered in that case. They were argued together, and the decision of one governs that of the other. The determination of the board of supervisors should be confirmed, with $50 costs and disbursements. All concur.